**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In Re:  Robert D. Wright                                   Case No. 16-34975-KRH
        Ebony E. Wright                                   Chapter 13

## REPORT BY TRUSTEE OF
## COMPLETION OF PLAN PAYMENTS

NOW COMES the Chapter 13 Trustee herein, Carl M. Bates, and certifies to the Court that the Debtors have completed their plan payments pursuant to the confirmed plan in this case. Your Trustee will proceed to close this case and file his "Final Report and Account" upon the clearing of all outstanding checks.

Date prepared: **March 04, 2021**

                                        /s/ Carl M. Bates
                                        Carl M. Bates
                                        Chapter 13 Trustee

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSB #27815